**FILED**

November 18, 2008

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001516270

Official Form 6 - Summary (10/06)    UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT (

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** |
| | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $   50,000,000.00 | | |
| B - Personal Property | YES | 2 | $          0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 9 | | $   45,904,461.67 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $    3,232,206.01 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| **TOTAL** | | 21 | $   50,000,000.00 | $   49,136,667.68 | |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** (If known) |
|---|---|

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Hotel property located at 110 W. Fremont Street, Stockton, CA (95% complete)** | **Fee Owner** | | **$50,000,000.00** | **$45,904,461.67** |
| | | Total ➤ | **$50,000,000.00** | |
| | | | (Report also on Summary of Schedules.) | |

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** |
| | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** |
| | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____  continuation sheets attached          Total ⟶          $     0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ADVANTAGE EQUIPMENT**<br>**2650 MERCANTILE DR., STE.C**<br>**RANCHO CORDOVA, CA  95742** | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>———————<br>VALUE $50,000,000.00 | | | | 63,630.07 | 0.00 |
| ACCOUNT NO.<br>**AMERICAN RIVER CAULKING**<br>**1086 MEADOW VISTA BLVD.**<br>**MEADOW VISTA, CA  95722** | | | MECHANICS LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>———————<br>VALUE $50,000,000.00 | | | | 9,117.00 | 0.00 |
| ACCOUNT NO.<br>**AMERICAN UNDERLAYMENT**<br>**P.O. BOX 698**<br>**W. SACRAMENTO, CA  95691** | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>———————<br>VALUE $50,000,000.00 | | | | 38,875.08 | 0.00 |
| ACCOUNT NO.<br>**AQUA POOL AND SPA**<br>**P.O. BOX 598**<br>**RIPON, CA  95366** | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>———————<br>VALUE $50,000,000.00 | | | | 110,065.00 | 0.00 |

8     continuation sheets attached

Subtotal ⋗<br>(Total of this page)

Total ⋗<br>(Use only on last page)

| $ | 221,687.15 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s):  **REGENT HOTEL, LLC** | Case No.:  **08-35540**<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 68,489.59 | 0.00 |
| **ARCADE INSULATION**<br>3965 N. WILCOX RD.<br>STOCKTON, CA  95215 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>_____<br>VALUE $50,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 34,347.60 | 0.00 |
| **ARTISTIC TERRAZZO**<br>1686 GREEN SPRINGS CT.<br>TRACY, CA  95377 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>_____<br>VALUE $50,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 327,034.15 | 0.00 |
| **BAGATELOS**<br>4512 HARLIN DR., STE. A<br>SACRAMENTO, CA  95826 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON CA<br>_____<br>VALUE $50,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 41,732.09 | 0.00 |
| **BRAND SCAFFOLD SERVICES, INC.**<br>P.O. BOX 91473<br>CHICAGO, IL  60693 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>_____<br>VALUE $50,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 386,004.70 | 0.00 |
| **BT MANCINI**<br>P.O. BOX 361930<br>MILPITAS, CA  95036 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br>_____<br>VALUE $50,000,000.00 | | | | | |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| $ | 857,608.13 | $ | 0.00 |
|---|---|---|---|

Total ➢
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: 08-35540 (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CAPITAL BUILDERS** <br> **4699 24TH STREET** <br> **SACRAMENTO, CA 95822** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br>―――――――― <br> **VALUE $50,000,000.00** | | | | 601,920.00 | 0.00 |
| ACCOUNT NO. <br><br> **CAPITAL COMMERCIAL FLOORING** <br> **1215 STRIKER AVE.** <br> **SACRAMENTO, CA 95834** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br>―――――――― <br> **VALUE $50,000,000.00** | | | | 248,135.00 | 0.00 |
| ACCOUNT NO. <br><br> **COLLINS ELECTRIC** <br> **4395 NORTHGATE BLVD.** <br> **SACRAMENTO, CA 95834** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br>―――――――― <br> **VALUE $50,000,000.00** | | | | 1,766,224.11 | 0.00 |
| ACCOUNT NO. <br><br> **CONCRETE SERVICES** <br> **15 BUSINESS PARKWAY** <br> **SUITE 101** <br> **SACRAMENTO, CA 95828** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br>―――――――― <br> **VALUE $50,000,000.00** | | | | 7,732.00 | 0.00 |
| ACCOUNT NO. <br><br> **D & C ROADRUNNER GLASS** <br> **464 E. 10TH ST.** <br> **TRACY, CA 95376** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br>―――――――― <br> **VALUE $50,000,000.00** | | | | 66,000.00 | 0.00 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢ (Total of this page)

$ 2,690,011.11  $     0.00

Total ➢ (Use only on last page)

$     $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DC VIENT, INC.<br>P.O. BOX D<br>MODESTO, CA  95352 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br><br>VALUE $50,000,000.00 | | | | 285,998.39 | 0.00 |
| ACCOUNT NO.<br><br>FD THOMAS<br>4 WAYNE CT.<br>BUILDING 9<br>SACRAMENTO, CA  95829 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br><br>VALUE $50,000,000.00 | | | | 21,946.60 | 0.00 |
| ACCOUNT NO.<br><br>FIRST BANK<br>590 YGNACIO VALLEY ROAD<br>SUITE 100<br>WALNUT CREEK, CA  94596<br><br>FIRST BANK<br>C/O SBS TRUST DEED NETWORK<br>31194 LA BAYA DRIVE #106<br>WESTLAKE VILLAGE, CA  91362 | X | | First deed of trust against real property lcoated at 110 W. Fremont Street, Stockton, CA<br><br>VALUE $50,000,000.00 | | | | 35,637,885.89 | 0.00 |
| ACCOUNT NO.<br><br>FRANK M. BOOTH MECHANICAL<br>4220 DOUGLAS BLVD. SUITE 5<br>GRANITE BAY, CA  95746 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA<br><br>VALUE $50,000,000.00 | | | | 2,317,713.43 | 0.00 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| $ 38,263,544.31 | $ 0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FWS CONSTRUCTION <br> 111S. GUILD AVE. <br> LODI, CA  95240 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 287,014.46 | 0.00 |
| ACCOUNT NO. <br><br> HARRIS SALINAS REBAR, INC. <br> 355 S. VASCO RD. <br> LIVERMORE, CA  94550 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 232,339.10 | 0.00 |
| ACCOUNT NO. <br><br> J.H. SIMPSON CO. <br> P.O. BOX 8640 <br> STOCKTON, CA  95208 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 91,178.74 | 0.00 |
| ACCOUNT NO. <br><br> JOHN D. WAITE MASONRY, INC. <br> 16201 N. TRETHEWAY RD. <br> LODI, CA  95240 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 60,313.44 | 0.00 |
| ACCOUNT NO. <br><br> JP HEINTZ CO., INC. <br> 900 UNIVERSITY, STE. 100 <br> SACRAMENTO, CA  95825 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 430,395.22 | 0.00 |

Sheet no.  4 of 8 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➣
(Total of this page)

$ 1,101,240.96 | $ 0.00

Total ➣
(Use only on last page)

$ | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **KINGS ROOFING** <br> **P.O. BOX 1542** <br> **PATTERSON, CA 95363** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br><br> VALUE $50,000,000.00 | | | | 145,224.45 | 0.00 |
| ACCOUNT NO. <br><br> **MARQUEE FIRE PROTECTION** <br> **710 W. STADIUM LN.** <br> **SACRAMENTO, CA 95834-1130** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br><br> VALUE $50,000,000.00 | | | | 126,351.70 | 0.00 |
| ACCOUNT NO. <br><br> **MCCLONE CONSTRUCTION CO.** <br> **P.O. BOX 4320** <br> **EL DORADO HILLS, CA 95762** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br><br> VALUE $50,000,000.00 | | | | 137,016.90 | 0.00 |
| ACCOUNT NO. <br><br> **NEW WEST PARTITIONS** <br> **2550 SUTTERVILLE RD.** <br> **SACRAMENTO, CA 95820** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br><br> VALUE $50,000,000.00 | | | | 20,220.92 | 0.00 |
| ACCOUNT NO. <br><br> **ODYSSEY LANDSCAPING** <br> **800 W. EIGHT MILE RD.** <br> **SUITE 112** <br> **STOCKTON, CA 95209** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA** <br><br> VALUE $50,000,000.00 | | | | 258,643.50 | 0.00 |

Sheet no. 5 of 8 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➣ (Total of this page)

| $ 687,457.47 | $ 0.00 |
|---|---|

Total ➣ (Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): REGENT HOTEL, LLC | Case No.: 08-35540 (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PARTITION SPECIALIST <br> P.O. BOX 150030 <br> SAN RAFAEL, CA  94915 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 28,000.00 | 0.00 |
| ACCOUNT NO. <br><br> PAT BAIRD ACOUSTICS, INC. <br> 4141 CITRUS AVE., #3 <br> ROCKLIN, CA  95677 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 80,335.00 | 0.00 |
| ACCOUNT NO. <br><br> PLATINUM CONSTRUCTION <br> P.O. BOX 60726 <br> SACRAMENTO, CA  95860 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 61,650.00 | 0.00 |
| ACCOUNT NO. <br><br> POINT 1 <br> 24967A HUNTWOOD AVE. <br> HAYWARD, A  94544 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 150,357.90 | 0.00 |
| ACCOUNT NO. <br><br> RIVERA ENTERPRISES, MAINTENANCE <br> 2676 AVOCET CT. <br> MERCED, CA  95360 | | | MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA <br><br> VALUE $50,000,000.00 | | | | 53,633.78 | 0.00 |

Sheet no.  6  of  8  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| $ 373,976.68 | $ 0.00 |
|---|---|

Total ➢
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ROBERT BURNS**<br>**2501 N. WIGWAM DR.**<br>**STOCKTON, CA 95205** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br>————————<br>**VALUE $50,000,000.00** | | | | 802,633.46 | 0.00 |
| ACCOUNT NO.<br><br>**SHEEDY HOIST**<br>**P.O. BOX 77004**<br>**SAN FRANCISCO, CA 94107-0004** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br>————————<br>**VALUE $50,000,000.00** | | | | 224,844.55 | 0.00 |
| ACCOUNT NO.<br><br>**SONOMA FABRICATORS, INC.**<br>**1101 PLUMBER WAY, STE. 101**<br>**ROSEVILLE, CA 95678** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br>————————<br>**VALUE $50,000,000.00** | | | | 182,353.00 | 0.00 |
| ACCOUNT NO.<br><br>**SPRAY ON SEVICES**<br>**P.O. BOX 1953**<br>**OAKDALE, CA 95361** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br>————————<br>**VALUE $50,000,000.00** | | | | 55,325.00 | 0.00 |
| ACCOUNT NO.<br><br>**STOCKTON FENCE**<br>**P.O. BOX 8314**<br>**STOCKTON, CA 95208** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br>————————<br>**VALUE $50,000,000.00** | | | | 82,282.65 | 0.00 |

Sheet no. _7_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| $ 1,347,438.66 | $ 0.00 |
|---|---|

Total ➢
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**TARITON & SONS**<br>**4173 S. FIG**<br>**FRESNO, CA 93706** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br><br>VALUE $50,000,000.00 | | | | 155,657.80 | 0.00 |
| ACCOUNT NO. <br><br>**VIKING STEEL**<br>**8610 ELDER CREEK RD.**<br>**SACRAMENTO, CA 95828** | | | **MECHANIC'S LIEN AGAINST REAL PROPERTY AT 110 W. FREMONT ST., STOCKTON, CA**<br><br>VALUE $50,000,000.00 | | | | 205,839.40 | 0.00 |

Sheet no. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| $ 361,497.20 | $ 0.00 |
|---|---|

Total ➢
(Use only on last page)

| $ 45,904,461.67 | $ 0.00 |
|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): | **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|---|

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  **continuation sheets attached**

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): | **REGENT HOTEL, LLC** | Case No.: **08-35540** |
| --- | --- | --- |
| | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NO | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
| --- | --- | --- | --- |
| Subtotals (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules ) | $ 0.00 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data ) | | $ 0.00 | $ 0.00 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **COMCAST 6505 TAM O'SHANTER DRIVE STOCKTON, CA 95210** | | | GOODS/SERVICES | | | | 3,419.00 |
| ACCOUNT NO. **CONSTRUCTION TESTING SERVICES, INC. 3628 MADISON AVENUE SUITE 22 NORTH HIGHLANDS, CA 95660** | | | GOODS/SERVICES | | | | 7,732.00 |
| ACCOUNT NO. **DELTA BUILDING MAINTENANCE P.O. BOX 2042 MANTECA, CA 95336** | | | GOODS/SERVICES | | | | 18,475.00 |
| ACCOUNT NO. **DELTA HAWKEYE SECURITY SERVICES, LP 3201 W. BENJAMIN HOLT DRIVE SUITE 110 STOCKTON, CA 95219** | | | GOODS/SERVICES | | | | 42,278.44 |
| ACCOUNT NO. **DG HOME DECOR 2337 PACIFIC AVENUE STOCKTON, CA 95204** | | | GOODS/SERVICES | | | | 66,218.80 |

_3_   Continuation sheets attached

Subtotal ➢ $ 138,123.24

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** |
| | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 1,177.50 |
| **DIGITAL CONCRETE** **2257 HARBORR BAY PARKWAY** **ALAMEDA, CA 94502** | | | **GOODS/SERVICES** | | | | |
| ACCOUNT NO | | | | | | | 79,645.99 |
| **EDWARD DON** **2500 S. HARLEM AVENUE** **N. RIVERSIDE, IL 60546-1473** | | | **GOODS/SERVICES** | | | | |
| ACCOUNT NO | | | | | | | 26,816.19 |
| **GALAXY HOTEL** **15621 RED HILL AVENUE** **SUITE 100** **TUSTIN, CA 92780** | | | **GOODS/SERVICES** | | | | |
| ACCOUNT NO | | | | | | | 2,000,000.00 |
| **JOHN THOMAS** **1960 CENACLE LANE** **CARMICHAEL, CA 95608** | | | **MONEY LOANED** | | | | |
| ACCOUNT NO | | | | | | | 41,455.28 |
| **MONIGHAN** **710 12TH STREET** **SACRAMENTO, CA 95814** | | | **GOODS/SERVICES** | | | | |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **2,149,094.96**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **OTIS ELEVATOR COMPANY 4604 ROSEVILLE ROAD SUITE 112 NORTH HIGHLANDS, CA 95660** | | | GOODS/SERVICES | | | | 91,719.70 |
| ACCOUNT NO. **OVERHEAD DOOR CO. 1550 SHAW ROAD STOCKTON, CA 95215** | | | GOODS/SERVICES | | | | 3,020.00 |
| ACCOUNT NO. **POGGEN POHL 350 PASSAIC AVENUE FAIRFIELD, NJ 07004** | | | GOODS/SERVICES | | | | 8,500.00 |
| ACCOUNT NO. **PURCHASING MANAGMENT INTL. 4055 VALLEY VIEW LANE SUITE 450 DALLAS, TX 75244** | | | GOODS/SERVICES | | | | 382,694.41 |
| ACCOUNT NO. **SIEGRIED ENGINEERING, INC. 4045 CORONADA AVENUE STOCKTON, CA 95204-2396** | | | GOODS/SERVICES | | | | 14,532.46 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 500,466.57

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SOLID NETWORKS**<br>5809 STODDARD ROAD, STE. 121<br>MODESTO, CA 95356 | | | GOODS/SERVICES | | | | 170,604.85 |
| ACCOUNT NO<br>**STARWOOD HOTELS & RESORTS**<br>**WORLDWIDE, INC.**<br>P.O. BOX 6000<br>FILE 30793<br>SAN FRANCISCO, CA 94160 | | | GOODS/SERVICES | | | | 13,787.31 |
| ACCOUNT NO<br>**THE SHERATON CORPORATION**<br>C/O STARWOOD HOTELS<br>1111 WESTCHESTER AVE.<br>WHITE PLAINS, NY 10604<br>ATTN: GENERAL COUNSEL | | | GOODS/SERVICES | | | | 225,000.00 |
| ACCOUNT NO<br>**TRAINOR & ASSOCIATES DESIGN, LLC**<br>1730 I STREET, SUITE 102<br>SACRAMENTO, CA 95814 | | | GOODS/SERVICES | | | | 35,129.08 |

Sheet no 3 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 444,521.24

Total ➤ $ 3,232,206.01

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540**<br>(If known) |
|---|---|

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **REGENT HOSPITALITY SERVICES, LLC**<br>**900 UNIVERSITY AVE., STE. 200**<br>**SACRAMENTO, CA 95825** | **CONTRACT TO OPERATE HOTEL** |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **REGENT HOTEL, LLC** | Case No.: **08-35540** (If known) |
| --- | --- |

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **JOHN THOMAS, DARRELL PETRAY, REGENT DEV. INC., THOMAS HOLDINGS 900 UNIVERSITY AVE. SACRAMENTO, CA  95825** | **FIRST BANK 590 YGNACIO VALLEY ROAD SUITE 100 WALNUT CREEK, CA  94596** |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): | **REGENT HOTEL, LLC** | Case No.: **08-35540** |
| | | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

_____

Signature of Debtor

Date _____

_____

Signature of Joint Debtor, if any

*[If joint case, both spouses must sign]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____

Signature of Bankruptcy Petition Preparer

_____

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **JOHN THOMAS, PRESIDENT OF**, the **REGENT DEVELOPMENT INC., MANAGING MEMBER** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **11/18/08**

Signature: */S/ John Thomas*

JOHN THOMAS, PRESIDENT OF REGENT DEVELOPMENT INC., MANAGING MEMBER

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*